FILED

AUG 0 4 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA '08 MJ 8686

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff,<br>v.<br>Alma Angelica ORTIZ de Ramos<br>Defendant. | Magistrate Case No.:<br>COMPLAINT FOR VIOLATION OF<br>21 U.S.C. § 952 and 960<br>Importation of a Controlled Substance (Felony) |

The undersigned complainant being duly sworn states:

That on or about August 3, 2008, within the Southern District of California, defendant Alma Angelica ORTIZ de Ramos, did knowingly and intentionally import approximately 48.34 kilograms (106.44 pounds) of marijuana, a Schedule I Controlled Substance, into the United States from a place outside thereof, in violation of Title 21, United States Code, sections 952 and 960.

The complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

Stewart Harvey
Special Agent
U. S. Immigration & Customs Enforcement

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 4th DAY OF AUGUST 2008.

PETER C. LEWIS
UNITED STATES MAGISTRATE JUDGE

UNITED STATES OF AMERICA
v.
Alma Angelica ORTIZ de Ramos

STATEMENT OF FACTS

This Statement of Facts is based on the reports, documents, and notes furnished to U. S. Immigration and Customs Enforcement Special Agent Stewart Harvey.

On August 3, 2008, at approximately 1200 hours, Alma Angelica ORTIZ de Ramos (ORTIZ) entered the United States through the Calexico, California, west port of entry. ORTIZ was the driver of a 1999 Dodge Caravan and was accompanied by her minor daughter.

During a pre-primary inspection, Customs and Border Protection Officer (CBPO) R. Garcia was informed by CBP Canine Enforcement Officer (CEO) J. Jones that his Narcotic Detector Dog (NDD) had alerted to the interior of the 1999 Dodge Caravan. Both occupants and the vehicle were subsequently escorted to the vehicle secondary lot for further inspection.

While at the vehicle secondary inspection lot, CBPO M. Hernandez received a negative customs declaration from ORTIZ. When asked where she was going, ORTIZ stated she was on her way to the Wal-Mart Store in Calexico. When asked who the vehicle belonged to, ORTIZ stated the vehicle belonged to her. ORTIZ further explained to CBPO Hernandez that she had owned the vehicle for seven (7) months. CBPO Hernandez subsequently escorted ORTIZ and her twelve-year-old daughter to the vehicle secondary office.

Upon further inspection of the vehicle, CBPOs Garcia and Hernandez discovered twenty-five (25) packages containing a green-

leafy substance, which field-tested positive for marijuana. A total of 48.34 kilograms (106.44 pounds) of marijuana was concealed in the rear quarter panels and seats of the vehicle.